UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X   BANKRUPTCY CASE # 8-23-71964-LAS
IN RE:
    **SCHMIDE ALABRE-SAINT CLAIR,**
    SS # XXX-XX-5022
              DEBTOR       APPLICATION PURSUANT
                                      TO LOCAL RULE 1009-1
------------------------------------------------------------X

       Schmide Alabre-Saint Clair, the debtor herein, filed a voluntary petition under Chapter 13 in this court on June 1, 2023, wherein the debtor wishes to amend **Schedule "F" to ADD** the following:

**Schedule "F" to Add:**

| | | |
|---|---|---|
| **American Express** | Unsecured | $1,600.00 |
| Correspondence/Bankruptcy | | |
| Po Box 981540 | | |
| El Paso TX 79998 | | |
| | | |
| **JetBlue Card** | Unsecured | $1,000.00 |
| P.O. Box 13337 | | |
| Philadelphia PA 19101 | | |
| | | |
| **Nunzio Landscaping & Design** | Unsecured | $7,039.00 |
| 8 Meadowlark Lane | | |
| Huntington NY 11743 | | |
| | | |
| **OpenSky** | Unsecured | $400.00 |
| PO Box 2711 | | |
| Omaha NE 68103-2711 | | |

A copy of Amended Schedule "F" is herein enclosed.

       WHEREFORE, applicants hereby request Schedule "F" be amended to reflect the aforementioned changes.

Medford, New York
June 26, 2023

                                      JACOBY & JACOBY
                                      BY: /S/Richard A. Jacoby
                                      RICHARD A. JACOBY, ESQ.
                                      Attorneys for Debtor(s)
                                      1737 North Ocean Avenue
                                      Medford, NY  11763
                                      (631) 289-4600

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X    BANKRUPTCY CASE # 8-23-71964-LAS
 IN RE:
        SCHMIDE ALABRE-SAINT CLAIR,
        SS # XXX-XX-5022
                                DEBTOR
------------------------------------------------------------X    AFFIDAVIT OF SERVICE
```

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF SUFFOLK)

Marisol Eberhardt being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Holtsville, New York. June 26, 2023, I served a copy of the AMENDMENT on all persons in interest in this proceeding, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the following creditors and/or persons on behalf of creditors at the address designated by said attorney or creditor:

Office of the US Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, N.Y.  11722-4456

Mr. Michael Macco
Michael J. Macco Trustee
2950 Express Drive South
Ste 109
Islandia, NY 11749

**American Express**
Correspondence/Bankruptcy
Po Box 981540
El Paso TX 79998

**JetBlue Card**
P.O. Box 13337
Philadelphia PA 19101

**Nunzio Landscaping & Design**
8 Meadowlark Lane
Huntington NY 11743

**OpenSky**
PO Box 2711
Omaha NE 68103-2711

Copy of Amended Schedule "F" is herein enclosed.

 /S/Marisol Eberhardt
Marisol Eberhardt

SWORN TO ME THIS 26th  DAY OF JUNE, 2023.

 /S/Richard A. Jacoby
NOTARY PUBLIC

**CASE NO. 8-23-71964-LAS**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**IN BANKRUPTCY**

---

**IN MATTER OF**

**SCHMIDE ALABRE-SAINT CLAIR**

**DEBTOR**

---

**CHAPTER 13**

**APPLICATION PURSUANT TO LOCAL RULE 1009-1**

---

**JACOBY & JACOBY, ESQS.**
**ATTORNEYS FOR PETITIONERS**
1737 North Ocean Avenue
Medford, N.Y. 11763
(631)289-4600

---

**REFERRED TO**

**CLERK**